UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARIA L. TEJADA,     :

        Plaintiff,     :

- v. -     :

MICHAEL J. ASTRUE,     :
Commissioner of Social Security,

             :

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PROPOSED SCHEDULING ORDER
10 Civ. 1229 (GBD) (HBP)

IT IS HEREBY ORDERED that:

1. Defendant's time to answer the complaint is extended from April 23, 2010, until June 23, 2010;

2. Defendant's motion for judgment on the pleadings shall be due by July 23, 2010;

3. Plaintiff's response to the motion shall be due by August 23, 2010;

4. Defendant's reply shall by due by September 7, 2010.

SO ORDERED:

_____
United States Magistrate Judge

4-16-10